UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JENNIFER GONZALEZ,

                  Plaintiff,

  -against-

JUNIOR'S CHEESECAKE INC.,

                  Defendant.

------------------------------------- x

<u>ORDER</u>

20 Civ. 2389 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: October 22, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE